1

2

3

4              IN THE UNITED STATES DISTRICT COURT

5            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                    SAN FRANCISCO DIVISION

7

8  NORTH AMERICAN CAPACITY                No. C 12-01488 RS
   INSURANCE CO.,

9                                         **CASE MANAGEMENT
                                          SCHEDULING ORDER**
10         Plaintiff,

   v.
11
   NAVIGATORS SPECIALITY INSURANCE
12 CO., et al.

13         Defendants.

14 _____/

15        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

16 Management Conference on July 19, 2012.  After considering the Joint Case Management

17 Statement submitted by the parties and consulting with the attorneys of record for the parties and

18 good cause appearing, IT IS HEREBY ORDERED THAT:

19        1.      ALTERNATIVE DISPUTE RESOLUTION.

20        PRIVATE MEDIATION.  The parties have agreed to participate in private mediation.  The

21 parties shall promptly notify the Court whether the case is resolved at the mediation.

22        2.      DISCOVERY.  On or before February 14, 2013, all non-expert discovery shall be

23 completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions

24 per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a

25 reasonable number of  requests for production of documents or for inspection per party; and (d) a

26 reasonable number of requests for admission per party.

27        3.      EXPERT WITNESSES.  On or before May 15, 2013, all expert discovery shall be

28 completed by the parties.

**United States District Court**
For the Northern District of California

4.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **February 7, 2013 at 10:00 a.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than May 16, 2013.

6.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before June 27, 2013, counsel shall file a Joint Pretrial Statement.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **July 11, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.  Trial shall commence on **July 22, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.


IT IS SO ORDERED.


DATED:  7/20/12

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2