IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY, f/k/a NIC INSURANCE COMPANY, and DOES 1-50, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 12-01488 RS<br><br>**JUDGMENT** |

Pursuant to the order granting defendant's motion for judgment on the pleadings, judgment is hereby entered in defendant's favor.

IT IS SO ORDERED.

Dated: 10/4/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE