AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

NORTH AMERICAN CAPACITY INSURANCE )
COMPANY )
)
v. )     Case No.: C 12-01488 RS
NAVIGATORS SPECIALTY INSURANCE )
COMPANY )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on     10/04/2012     against     N. American Capacity Ins.    ,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 1,252.58 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 0.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 211.90 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 847.54 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL     $ | 2,312.02 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney: _____

Name of Attorney:  Mark Loper, Cal. SB No. 280493

For: _____North American Specialty Insurance Company_____     Date: __10/09/2012__
                    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                         *Deputy Clerk*                              *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

1  Richard J. Finn, CASB# 099659
   Email:  rfinn@burnhambrown.com
2  Michelle M. Meyers, CASB# 236387
   Email:  mmeyers@burnhambrown.com
3  Mark H. Loper, CASB# 280493
   Email:  mloper@burnhambrown.com
4  BURNHAM BROWN
   A Professional Law Corporation
5  P.O. Box 119
   Oakland, California 94604
6
   1901 Harrison Street, 14th Floor
7  Oakland, California  94612
   Telephone:    (510) 444-6800
8  Facsimile:    (510) 835-6666

9  Attorneys for Defendant
   NAVIGATORS SPECIALTY INSURANCE COMPANY
10 f/k/a NIC INSURANCE COMPANY

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  NORTH AMERICAN CAPACITY<br>INSURANCE COMPANY, | No. C 12-01488 RS<br>[Removed from Marin County Superior<br>15   Court Action No. CIV 1200519] |
| 16      Plaintiff, | **DEFENDANT NAVIGATORS**<br>**SPECIALTY INSURANCE** |
| 17  v. | **COMPANY'S ITEMIZATION OF**<br>**COSTS PURSUANT TO FEDERAL** |
| 18  NAVIGATORS SPECIALTY INSURANCE<br>COMPANY f/k/a NIC INSURANCE<br>COMPANY, and DOES 1-50, inclusive, | **RULE OF CIVIL PROCEDURE 54.** |
| 19      Defendants. | Complaint Filed:  February 1, 2012<br>Removal Date:    March 23, 2012<br>20  Trial Date:       None Set |

21

22
        Pursuant to Federal Rule of Civil Procedure 54, prevailing defendant Navigators
23
   Specialty Insurance Company submits the following itemization of costs listed in its Bill of
24
   Costs filed herewith:
25
   ///
26
   ///
27
   ///
28

| FEES OF THE CLERK | | |
|---|---|---|
| **Date** | **Amount** | **Narrative** |
| 3/23/2012 | $677.83 | Filing fees with the Marin County Superior Court. |
| 3/23/2012 | $574.75 | Filing fees with the United States District Court, Northern District of California. |
| **TOTAL** | $1252.58 | |

| FEES AND DISBURSEMENTS FOR PRINTING | | |
|---|---|---|
| **Date** | **Amount** | **Narrative** |
| 3/31/2012 | $29.40 | Electronic reproduction fees. |
| 4/30/2012 | $21.80 | Electronic reproduction fees. |
| 5/31/2012 | $15.20 | Electronic reproduction fees. |
| 8/31/2012 | $145.50 | Electronic reproduction fees. |
| **TOTAL** | $211.90 | |

| FEES FOR EXEMPLIFICATION AND COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE | | |
|---|---|---|
| **Date** | **Amount** | **Narrative** |
| 5/10/2012 | $411.16 | Copy fees for Marin County Superior Court records from the underlying *Gomez* action. |
| 7/10/2012 | $436.58 | Copy fees for Marin County Superior Court records from the underlying *Gomez* action. |
| **TOTAL** | $847.54 | |

DATED:  October 9, 2012

BURNHAM BROWN

MARK H. LOPER
Attorneys for Defendant
NAVIGATORS SPECIALTY INSURANCE
COMPANY f/k/a NIC INSURANCE COMPANY

4818-5235-2273, v. 1

DEF. NAVIGATORS SPECIALTY INS. CO.'S ITEMIZATION OF COSTS          No. C 12-01488 RS

| Re: | North American Capacity Ins. Co. v. Navigators Specialty Ins. Co. |
|-----|-----|
| Court: | Marin County Superior Court |
| Action No: | CIV 1200519 |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 14th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On October 9, 2012, I served the following document(s) in the following manner(s):

**DEFENDANT NAVIGATORS SPECIALTY INSURANCE COMPANY'S BILL OF COSTS AND ITEMIZATION OF COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54**

☒ **ELECTRONIC SERVICE:** On the date indicated below, at the above-referenced business location, I caused a copy of the documented(s) listed above to be electronically served on all parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:     October 9, 2012

_____
Amelia Hokafonu

4831-7457-0256, v. 1

---

PROOF OF SERVICE                                        CASE NO. CIV 1200519