UNITED STATES DISTRICT COURT
Northern District of California
CLERK'S OFFICE

RICHARD W. WIEKING  450 Golden Gate Avenue
Clerk of Court  San Francisco, CA 94102
Phone: 415-522-2000
Fax: 415-522-3605

December 19, 2012

Re: C 12-1488 RS
   North American Capacity Insurance Company v. Navigators Specialty Insurance Company

Dear Counsel:

This is to advise you that your cost bill filed on October 9, 2012 cannot be taxed for the following reason(s):

☐   Judgment has not been entered, so the cost bill is filed prematurely.

☐   There is no proof of service on opposing counsel.

☐   The verification required by 28 U.S.C. §1924 is missing.

X   Supporting itemization and documentation required by Civil Local Rule 54-1(a) and 54-4 (a) is missing or incomplete.

☐   Other:

Very truly yours,

RICHARD W. WIEKING, Clerk

By: _____
      Lashanda Scott
      Deputy Clerk